IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

v.                  **CASE NO. 4:19-CR-00217-BSM**

**CHAD DOUGLAS COSSEY**
Reg No. 32718-009                                                      **DEFENDANT**

## ORDER

Chad Cossey's *pro se* motion for compassionate release [Doc. No. 66] is denied because there are not extraordinary and compelling circumstances to warrant early release. *See* 18 U.S.C. § 3582(c)(1)(A).

Cossey pled guilty to possession with intent to distribute methamphetamine. *See* Doc Nos. 51 and 52. Cossey was sentenced to 100 months imprisonment on April 27, 2022. Doc. Nos. 63 and 64. Cossey now requests compassionate release based on family circumstances of the defendant, specifically caring for his mother who has advanced cancer.

Family circumstances qualify as an extraordinary and compelling reason for release when the defendant establishes the incapacitation of the defendant's parent when the defendant would be the only available care-giver. U.S.S.G. § 1B1.13(b)(3)(C). Cossey submits his mothers recent medical records as well as doctors' notes that demonstrate her diagnosis significantly impairs her ability to perform basic activities of daily living. *See* Br. Supp. Mot. Reduction in Sentence, Doc. No. 67, Exs. F and G, Doctors' Notes. Cossey provided that his father and brother are in the Arkansas Department of Corrections and will

not be released soon as well as some letters from family members that they would not be able to care for Cossey's mother. *Id.*, Exs. B, C, D, and E. While sympathetic to Cossey's mothers situation, the family members do not submit supporting documents showing why they are unable to care for Cossey's mother. Additionally, Cossey states that if released, he would reside with his grandmother so it is unclear how he would care for his mother if not living with her. *See United States v. Medearis*, No. 3:20-CR-30077-RAL, 2024 WL 5252488 (D.S.D. Dec. 31, 2024), aff'd, No. 25-1117, 2025 WL 2096843 (8th Cir. Feb. 21, 2025) (defendant must be the *only* available care-giver).

At sentencing, the section 3553(a) factors were considered in imposing a 100-month sentence and nothing in Cossey's record supports a reduction. *See United States v. Ram*, No. 5:13-CR-50045, 2020 WL 3100837, at *3 (W.D. Ark. June 11, 2020) (no reason to revisit section 3553(a) factors when movant has not met his burden of showing extraordinary and compelling reasons to justify early release).

IT IS SO ORDERED this 17th day of September, 2025.

UNITED STATES DISTRICT JUDGE